IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RANDOLPH R. ALLEN,

        Plaintiff,                   No. CIV S-05-2396 GEB KJM P

   vs.

CCI FLATT, et al.,

        Defendants.              <u>FINDINGS AND RECOMMENDATIONS</u>

_____/

        Plaintiff is a former state prisoner proceeding pro se.  Plaintiff seeks relief under 42 U.S.C. § 1983 and has requested leave to proceed in forma pauperis under 28 U.S.C. § 1915.  This proceeding was referred to this court by Local Rule 72-302 under 28 U.S.C. § 636(b)(1).  In light of the recommendation in this case, the court will not evaluate plaintiff's request to proceed in forma pauperis.

        This case was initially filed in the Northern District, which transferred the case to this court.  It appears, however, that plaintiff intended to file the case in Superior Court: plaintiff includes a state civil case cover sheet, a state in forma pauperis form, and a state form on alternative dispute resolution.  In addition, on November 16, 2005, plaintiff wrote to the Northern District to explain that he had been paroled and to ask that the case be transferred to the Los Angeles County Superior Court, and either the Compton or Long Beach Courthouses.

1 Accordingly, this case will be dismissed without prejudice to plaintiff's refiling in state court.

2 For the reasons stated above, IT IS HEREBY RECOMMENDED that this case be
3 dismissed without prejudice.

4 These findings and recommendations are submitted to the United States District
5 Judge assigned to the case, under the provisions of 28 U.S.C. § 636(b)(l). Within twenty days
6 after being served with these findings and recommendations, plaintiff may file written objections
7 with the court. The document should be captioned "Objections to Magistrate Judge's Findings
8 and Recommendations." Plaintiff is advised that failure to file objections within the specified
9 time may waive the right to appeal the District Court's order. <u>Martinez v. Ylst</u>, 951 F.2d 1153
10 (9th Cir. 1991).

11 DATED: December 29, 2005.

_____
UNITED STATES MAGISTRATE JUDGE

2
alle2396.56